IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUMPHREY LAU,

    Plaintiff,                          No. CIV S-10-2129 MCE DAD PS

    vs.

KATHI PYLMAN, et al.,                  <u>ORDER</u>

    Defendants.

_____/

    On June 30, 2010, plaintiff, proceeding pro se, filed a complaint in the Sacramento County Superior Court. By notice filed August 9, 2010, defendant Federal Home Loan Mortgage Corporation (Freddie Mac) removed the case to federal court pursuant to 12 U.S.C. § 1452(f) and 28 U.S.C. §§ 1331 and 1442. The case has been referred to the undersigned pursuant to Local Rule 302(c)(21).

    Defendant Freddie Mac's motion to dismiss is set for hearing before the undersigned on October 8, 2010. Plaintiff has filed a written request to appear at the hearing by telephone. All parties are informed that court appearances before the undersigned may be made telephonically in most instances. No written request or motion is required. A party who wishes to request telephonic appearance at a specific motion hearing or status conference before the undersigned shall do so by contacting Pete Buzo, courtroom deputy to the undersigned, at (916)

1

1  930-4128 no later than three days before the date set for the hearing or status conference. To
2  arrange telephonic appearance, the party must provide a land-line telephone number. At the time
3  of the hearing, the telephone call will be placed by the court.

4  The parties are referred to Local Rule 230, which governs civil motion procedure
5  in the Eastern District of California. In particular, plaintiff is referred to this rule for information
6  about filing opposition or a statement of non-opposition to defendant Freddie Mac's pending
7  motion to dismiss. The pro se plaintiff is cautioned that failure to file timely opposition or to
8  appear, either in person or telephonically, may result in a recommendation that his case be
9  dismissed for lack of prosecution or as a sanction for failure to comply with court orders and
10 applicable rules. See Local Rules 110 and 183. Defendants are reminded that their electronic
11 filings must include evidence of conventional service upon the pro se plaintiff pursuant to Local
12 Rule 135(b).

13 IT IS HEREBY ORDERED that plaintiff's August 31, 2010 motion for telephonic
14 appearance (Doc. No. 8) is granted, subject to plaintiff's compliance with the requirements set
15 forth in this order.

16 DATED: September 9, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\lau2129.mot.telapp