IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMPHREY LAU, | No. 2:10-cv-02129-MCE-DAD PS |
| Plaintiff, | |
| v. | ORDER |
| KATHI PYLMAN, et al, | |
| Defendants. | |
| _____/ | |

Plaintiff is proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On December 21, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the magistrate judge's findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 21, 2011 (ECF No. 31) are ADOPTED in full;

2. Defendants' May 11, 2011, motion to dismiss (ECF No. 20) is DENIED as to plaintiff's breach of contract claim with respect to the defendant Sellers' alleged reneging on their contractual agreement to pay all escrow fees, transfer taxes, title fees and $1,100 for two years of home warranty insurance; and

3. Defendants' May 11, 2011 motion to dismiss (ECF No. 20) is GRANTED with leave to amend in all other respects.

Dated: February 16, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE