1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   HUMPHREY LAU,

11          Plaintiff,                    No. CIV S-10-2129 MCE DAD PS

12     v.

13   KATHI PYLMAN, et al,                 ORDER SETTING STATUS
                                          (PRETRIAL SCHEDULING)
14          Defendants.                   CONFERENCE

15   _____/

16          This case has been referred to the undersigned pursuant to Local Rule 302(c)(21).

17   On December 21, 2011, the undersigned issued findings and recommendations recommending

18   that defendants' motion to dismiss be granted in part.  (Doc. No. 31.)  On February 17, 2012, the

19   assigned District Judge issued an order adopting the December 21, 2011 findings and

20   recommendations in full.  (Doc. No. 34.)

21          Pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure, IT

22   IS ORDERED that:

23          1.  A Status (Pretrial Scheduling) Conference is set for **Friday, June 8, 2012, at**

24   **10:00 a.m.** at the United States District Court, 501 I Street, Sacramento, California, in

25   Courtroom No. 27 before the undersigned;

26   /////

1

1    2.  Any party may appear at the status conference telephonically.  To arrange

2  telephonic appearance, the party must contact Pete Buzo, courtroom deputy to the undersigned, at

3  (916) 930-4128 not later than 48 hours before the status conference.  A land line telephone

4  number must be provided for the court's use in placing a call to the party appearing

5  telephonically;

6    3.  Plaintiff shall file and serve a status report on or before **May 25, 2012,** and

7  defendants shall file and serve a status report on or before **June 1, 2012**.  Each status report shall

8  address all of the following matters, if applicable to this case:

9    a.    Progress of service of process;

10    b.    Possible joinder of additional parties;

11    c.    Any expected or desired amendment of the
          pleadings;

12

13    d.    Jurisdiction and venue;

14    e.    Anticipated motions and the scheduling thereof;

15    f.    Anticipated discovery and the scheduling thereof,
          including disclosure of expert witnesses;

16    g.    Future proceedings, including the setting of
          appropriate cut-off dates for discovery and for law

17        and motion, and the scheduling of a final pretrial
          conference and trial;

18

19    h.    Modification of standard pretrial procedures
          specified by the rules due to the relative simplicity

20        or complexity of the action;

21    i.    Whether the case is related to any other case,
          including matters in bankruptcy;

22    j.    Whether the parties will stipulate to the assigned
          magistrate judge acting as settlement judge, waiving

23        any disqualification by virtue of his so acting, or
          whether they prefer to have a Settlement Conference

24        before another magistrate judge;

25    k.    Whether the parties intend to consent to proceed
          before a United States Magistrate Judge; and

26  /////

l.      Any other matters that may aid in the just and
expeditious disposition of this action.

4.  Plaintiff is advised that failure to file a timely status report, or failure to appear at the status conference either in person or telephonically, may result in a recommendation that this action be dismissed for lack of prosecution and as a sanction for failure to comply with court orders and applicable rules.  <u>See</u> Local Rules 110 and 183.

DATED: April 12, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\lau2129.ossc