IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUMPHREY LAU,

        Plaintiff,                Case No. 2:10-cv-2129 MCE DAD PS

    v.

KATHI PYLMAN, et al,

        Defendants.        <u>ORDER</u>

_____/

        This matter came before the court on June 8, 2012, for Status (Pretrial Scheduling) Conference. Plaintiff Humphrey Lau, who is proceeding pro se in this action, appeared telephonically on his own behalf. Attorney Brent Kramer appeared telephonically for defendants Federal Home Loan Mortgage Corporation and Homesteps.

        For the reasons stated on the record during the hearing, IT IS ORDERED that:

        1. Pursuant to the parties' agreement in open court, an Early Telephonic Settlement Conference is set for **Thursday, June 28, 2012, at 10:00 a.m.**;

        2. The parties shall appear at the settlement conference telephonically at the telephone numbers provided in open court;

        3. The parties shall submit brief settlement conference statements addressing their respective settlement positions by close of business on June 26, 2012. Plaintiff's statement shall

1

address what he can document with respect to his claim for damages; and

    4. The court will stay setting dates for plaintiff to elect to file a second amended complaint and for defendant to file an answer until after the June 28, 2012 Early Telephonic Settlement Conference.

DATED: June 8, 2012.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
orders.pro se/lau2129.060812