IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUMPHREY LAU,

      Plaintiff,                            Case No. 2:10-cv-2129 MCE DAD PS

    v.

KATHI PYLMAN, et al,

      Defendants.                   ORDER

_____/

        This matter came before the court on June 28, 2012, for an Early Telephonic Settlement Conference. Plaintiff Humphrey Lau, who is proceeding pro se in this action, appeared telephonically on his own behalf. Attorney Brent Kramer appeared telephonically for defendants Federal Home Loan Mortgage Corporation and Homesteps. The settlement conference was held and the matter did not settle.

        Accordingly, IT IS ORDERED that:

        1. Within 21 days of the date of this order plaintiff shall file a second amended complaint or a notice of his intention to proceed on his first amended complaint; and

/////

/////

/////

1

2. Defendants shall have 21 days from the date of plaintiff's filing to file an answer or a responsive pleading.[1]

DATED: June 29, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\lau2129.oah.062812

---

[1] If plaintiff elects to proceed on the remaining claims set forth in his first amended complaint, defendants will have 21 days from the date of service of that notice to file an answer to the first amended complaint. If, however, plaintiff elects to file a second amended complaint, defendants will have 21 days from the date of its filing to file an answer or other responsive pleading to the second amended complaint.