# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| HUMPHREY LAU<br><br>    Plaintiff<br><br>vs.<br><br>Kathi Pylman, Henry O. Currie, Laurie Mattos, Vitek Mortgage Group, Federal Home Loan Mortgage Corporation, HomeSteps, Avalar Mistro Realty Group, William L. Lyon & Associates, AKA Lyon Real Estate and DOE I-XX, Inclusive<br><br>    Defendants. | Case No.: 2:10-cv-02129-MCE-DAD<br><br>**ORDER ON JOINT STIPULATION TO CONTINUE HEARING DATE ON MOTION TO DISMISS** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Court considered the Joint Stipulation to Continue Hearing on the Motion to Dismiss filed by Plaintiff, Humphrey Lau, and Defendants, Federal Home Loan Mortgage Corporation and Homesteps, and Orders:

**ORDER ON
JOINT STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS**

1. The hearing on Defendants' Motion to Dismiss shall be continued to October 26, 2012, at 10:00 a.m.

2. Any Opposition to the Motion to Dismiss shall be filed and served by Plaintiff by October 12, 2012.

3. Any Reply to the Motion to Dismiss shall be filed and served by Defendants by October 19, 2012.

**IT IS SO ORDERED**.

Dated:  August 21, 2012

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.prose\lau2129.stip.cont.ord

ORDER ON
JOINT STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS

**[PROPOSED] ORDER ON
JOINT STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS**