1

2

3

4

5

6

# UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| HUMPHREY LAU | Case No.: 2:10-cv-02129-MCE-DAD |
| Plaintiff | **ORDER ON JOINT STIPULATION TO CONTINUE HEARING DATE ON MOTION TO DISMISS** |
| vs. | |
| Kathi Pylman, Henry O. Currie, Laurie Mattos, Vitek Mortgage Group, Federal Home Loan Mortgage Corporation, HomeSteps, Avalar Mistro Realty Group, William L. Lyon & Associates, AKA Lyon Real Estate and DOE I-XX, Inclusive | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Court considered the Joint Stipulation to Continue Hearing on the Motion to Dismiss filed by Plaintiff, Humphrey Lau, and Defendants, Federal Home Loan Mortgage Corporation and Homesteps, and Orders:

---

1      1. The hearing on Defendants' Motion to Dismiss shall be continued to

2      October 26, 2012, at 10:00 a.m.

3      2. Any Opposition to the Motion to Dismiss shall be filed and served by

4      Plaintiff by October 12, 2012.

5      3. Any Reply to the Motion to Dismiss shall be filed and served by

6      Defendants by October 19, 2012.

7   **IT IS SO ORDERED**.

8   Dated:  August 21, 2012

9   _____

10  DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

11

12

13

14  Ddad1\orders.prose\lau2129.stip.cont.ord

15

16

17

18

19

20

21

22  **ORDER ON
    JOINT STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

**[PROPOSED] ORDER ON**
**JOINT STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS**